UNITED STAES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUHTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                           Case No. 18-cr-20161
                                           Hon. Matthew F. Leitman

vs.

JOHNATHON MAPUATULI,

                                        /

## **MOTION FOR TRAVEL EXPENSES**

NOW COMES the Defendant JONATHON MAPUATULI, by and through his attorney, Joan E. Morgan of the Federal Defender Office, and moves this Court for entry of an order directing the United States Marshal to arrange for Defendant, non-custodial transportation and subsistence expenses to his destination of Flint, Michigan, for his appearance in this Court on April 4, 2018 for an arraignment.  Defendant files a supporting Memorandum and a proposed Order, and further states as follows:

    1.    Defendant was determined to be indigent and counsel was appointed at the time of his initial appearance in this case.

    2.    Defendant resides in Ontario, California.

    3.    Defendant is scheduled to appear in this Court on April 4, 2018 for arraignment on the above-entitled matter.

    4.     Defendant has informed Counsel his is unable to raise the funds for transportation to Flint, Michigan from California.

1

5.  This Court is authorized by 18 U.S.C. § 4285 to enter and Order directing the U.S. Marshal to arrange Defendant's non-custodial transportation or furnish the fare of such transportation to his destination and provide that person with subsistence expenses (per diem), during his travels.

                                              Respectfully Submitted,

                                              s/Joan E. Morgan
                                              Federal Defender Office
                                              Attorney for Defendant
                                              East Court Street, Suite L-100
                                              Flint, Michigan 48502
                                              (810) 232-3600
                                              (P34482)

Dated: March 14, 2018

UNITED STAES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUHTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                          Case No. 18-cr-20161
                                                          Hon. Matthew F. Leitman

vs.

JOHNATHON MAPUATULI,
_____/

**<u>MEMORANDUM IN SUPPORT FOR TRAVEL EXPENSES</u>**

      Defendant has informed counsel that he believes he will not have sufficient funds to pay for transportation to appear before this Court on April 4, 2018 for his arraignment. The Defendant was on pre-trial release while his complaint was pending. Defendant lives in Ontario, California. He was in compliance with all pre-trial conditions of release while the Complaint was pending. He has been determined to be indigent at the time of his initial appearance. 18 U.SC. § 4285 authorizes this Court to direct the U.S. Marshal to provided non-custodial transportation.

That statute provides:

> Any judge or magistrate of the United States, when ordering a person released under chapter 207 on a condition of his subsequent appearance before that court, any division of the court, or any court of the United States in another judicial district in which criminal proceeding are pending, may, when the interests of justice would be served thereby and the United States Judge or magistrate is satisfied, after appropriate inquiry, that the defendant is financially unable to provide the necessary transportation to appear before the required court on his own, direct the United States marshal to arrange for that person's means of non-custodial

3

transportation or furnish that the fair for such transportation to the place where his appearance is required, and in addition may direct the United States marshal to furnish that person with an amount of money for substance expenses to his destination, not to exceed that amount authorizes as a per diem allowances for travel under section 5702(a) of title 5, Untied States Code.  When so ordered, such expenses shall be paid by the marshal out of funds authorized by the Attorney General for such expenses Id.

Defendant requests that an Ex Parte Order be entered pursuant to this statute.

                                       Respectfully Submitted,

                                       s/Joan E. Morgan
                                       Federal Defender Office
                                       Attorney for Defendant
                                       East Court Street, Suite L-100
                                       Flint, Michigan 48502
                                       (810) 232-3600
                                       (P34482)

Dated:  March 14, 2018

UNITED STAES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUHTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                      Case No. 18-cr-20161
                                        Hon. Matthew F. Leitman

vs.

JOHNATHON MAPUATULI,

                                          /

## **ORDER FOR TRAVEL EXPENSES**

The Court has scheduled an arraignment for April 4, 2018 at 2:30 p.m. at which the defendant is required to appear in person. Therefore,

**IT IS HEREBY ORDERED** that the United States Marshal shall arrange Defendant Mapuatuli's non-custodial round-trip transportation from his home in Ontario, California to Flint, Michigan so that he may appear for his initial appearance. Travel arrangements should be made for defendant to arrive in Flint no later than April 4, 2018 at 9 a.m. so he may participate in the arraignment with his attorney.

The Marshal shall arrange for defendant's return to California following the arraignment, as necessary, and as further ordered by this Court.

**IT IS SO ORDERED.**

                                             s/Matthew F. Leitman
                                             MATTHEW F. LEITMAN
                                             UNITED STATES DISTRICT JUDGE

Dated: March 16, 2018

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 16, 2018, by electronic means and/or ordinary mail.

                                            s/Holly A. Monda
                                            Case Manager
                                            (810) 341-9764