UNITED STAES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUHTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                           Case No. 18-cr-20161
                                          Hon. Matthew F. Leitman

vs.

JOHNATHON MAPUATULI,

    Defendant.
_____/

## ORDER GRANTING MOTION FOR TRAVEL EXPENSES (ECF #18)

The Court has a final pretrial conference set for September 24, 2018 at 10:00 a.m. at which the defendant is required to appear in person. Therefore,

**IT IS HEREBY ORDERED** that the United States Marshal shall arrange Defendant Mapuatuli's non-custodial transportation from his home in Ontario, California, to Flint, Michigan so that he may appear for a final pretrial conference. Travel arrangements should be made for defendant to arrive in Flint no later than September 24, 2018 at 9:00 a.m.

    **IT IS SO ORDERED.**

                                              s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: September 13, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 13, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764
