UNITED STAES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                Case No. 18-cr-20161
                                              Hon. Matthew F. Leitman

vs.

JOHNATHON MAPUATULI,
_____/

## **ORDER FOR TRAVEL EXPENSES**

The defendant is scheduled to attend a status conference on October 3, 2018 at 9:30 a.m. at the United States Courthouse in Flint, Michigan, which the defendant is required to appear in person. Therefore,

**IT IS HEREBY ORDERED** that the United States Marshal shall arrange Defendant Mapuatuli's non-custodial transportation from his home in Ontario, California, to Flint, Michigan so that he may appear for court on October 3, 2018 at 9:30 a.m. Travel arrangements should be made for defendant to arrive in Flint no later than October 3, 2018 at 9:00 a.m.

    **IT IS SO ORDERED.**

                                                              s/Matthew F. Leitman
                                                              MATTHEW F. LEITMAN
                                                              UNITED STATES DISTRICT JUDGE

Dated: September 19, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 19, 2018, by electronic means and/or ordinary mail.

                                                      s/Holly A. Monda  
                                                     Case Manager  
                                                     (810) 341-9764