UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                    Case No. 18-cr-20161
                                    Hon. Matthew F. Leitman

JOHNATHON MAPUATULI,

    Defendant.
_____/

## ORDER DIRECTING DEFENDANT TO SUPPLEMENT HIS REQUEST FOR COUNSEL (ECF No. 28)

Defendant Johnathon Mapuatuli is currently serving a custodial sentence imposed by this Court. On May 11, 2020, Mapuatuli sent a letter to the Court in which he asked the Court to appoint him counsel so that counsel could file a motion on his behalf. (*See* Ltr., ECF No. 28.) But Mapuatuli did not identify the motion that he wishes to file. Nor did he explain why he needs counsel to file the motion. The Court therefore **DIRECTS** Mapuatuli to file a supplement to his request that identifies the motion that he wants to file and explains why he believes it is necessary to appoint him counsel.

    **IT IS SO ORDERED**.

                                              s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
Dated: June 3, 2020                UNITED STATES DISTRICT JUDGE

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 3, 2020, by electronic means and/or ordinary mail.

                                            s/Holly A. Monda  
                                            Case Manager  
                                            (810) 341-9764