Johnathon Mapuatuli, In Pro Se
Federal Register Number: 75490-112
Federal Prison Camp
3705 W. Farm Rd.
Lompoc, CA 93436

United States District Court
For The Eastern District of Michigan
Southern Division

| | |
|---|---|
| United States of America, Plantiff<br><br>VS<br><br>Johnathon Mapuatuli<br>Defendent | Case Number: 18-CR-20161<br><br>Request for Appointment of Counsel for Indigent Defendent<br><br>Honorable Matthew F. Leitman, Chambers 125 |

Comes now Johnathon Mapuatuli, Defendent, In Pro Se and requests the court to appoint Counsel for Defendent to file a motion for Compassionate Release under the Cares Act.

This request is based on the following facts:

1. I made a request, through my wife Rubi Mapuatuli to the Federal Public Defenders Office to represent me in the filing of a motion for Compassionate Release under the Cares Act and the various directives to the Bureau of

Prisons (BOP) promulgated by Attorney General William Barr.

2. The Federal Public Defenders Office indicated that I would need to get the court to appoint them to represent me in my motion for Compassionate Release due to the COVID-19 Pandemic.

3. Based upon that directive I wrote a letter to this court on May 11, 2020 requesting Appointment of Counsel.

4. On June 3, 2020 the court, in answer to my letter, ordered me to identify to the court what type of motion I wished Appointed Counsel to file on my behalf.

5. As stated herein I want Appointed Counsel to file a motion for Compassionate Immediate Release under the provisions of the Cares Act basing said motion on the following facts.

   A) As you may be aware Lompoc Federal Correctional Complex (FCC) currently has the most positive testing inmates in the federal prison system. That is only considering that the Lompoc Federal Correctional Institution (FCI) is the ONLY building that tested, if not all majority of it's inmates along with inmates that fall out or showing symptoms. Lompoc FCC currently has a total of four

COVID-19 related deaths to date June 4, 2020.

B) My most current medical conditions diagnosed by Loma Linda Medical Group prior to my self surrender April 4, 2019 puts me at greater risks of contracting COVID-19. These medical conditions allow me to be more susceptible to COVID-19 are: a body mass index greater than 40, Chronic Bronchitis, Obstructive Sleep Apnea, Diabetes and Severe Hypertension. Due to my multiple respiratory health conditions and low immune system I am fearful of my life with more inmates showing symptoms and cases occurring daily here at the camp.

C) I have already submitted a formal cop out to my Warden on April 5, 2020 and have not received a response and it has been 60 days of this writing June 4, 2020. Accordingly due to the BOP's failure to respond within 30 days I may appeal directly to the District Court.

D) I am currently serving a 23 month sentence at Lompoc Federal Prison Camp. As of this writing, I have served 14 months out of my 23 month sentence. As you may be aware, we are

currently under "lockdown" conditions at this time. My only consistent means of communication is by United States Postal Services. I have very limited access to our Law Library or typewriters. Only 15 minutes per day 5 days a week.

6. Wherefore, Defendent respectfully requests that counsel be appointed to file a motion for Compassionate Release on his behalf.

I declare under penalty of perjury that the foregoing is true and correct as to the best of my ability.

Respectfully Submitted
This 6th day of June 2020
At Lompoc, CA.

Johnathon Mapuatuli

Johnathan Mapuatuli #75490-112
Federal Prison Camp
3705 W. Farm Rd.
Lompoc, CA 93436

B/C
6-15

<75490-112>
Clerks Office
600 Church ST
Flint, MI 48502
United States

CERTIFIED MAIL

7018 0680 0002 1579 2699

RECEIVED
JUN 24 2020
U.S. CLERKS OFFICE
U.S. DISTRICT COURT

RECEIVED
JUN 22 2020
U.S. DISTRICT COURT
FLINT, MICHIGAN

Postmark
not legible
DP 6/15/20