UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                        Cr. No. 18-20161

               v.                    Hon. Matthew F. Leitman

JOHNATHON MAPUATULI,

    Defendant.

_____/

## DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE

Defendant, Johnathon Mapuatuli, through counsel, Bryan J. Sherer, moves this Court for an order reducing his sentence and to release him from the United States Bureau of Prisons ("B.O.P.") under the compassionate release provisions of 18 U.S.C. § 3582(c)(1)(A), as modified by the First Step Act of 2018. In support thereof, Defendant states as follows:

1. On February 11, 2019, Defendant was sentenced to 23 months in B.O.P. after pleading guilty to Distribution of Cocaine, in violation of 21 U.S.C. § 841(a)(1), 21 U.S.C. § 841(b)(1)(A)(ii).

1

2.   Defendant self-surrendered to his designated B.O.P. facility on April 4, 2019, per B.O.P. records.  His release date is February 27, 2021, but based on good time credits that Mr. Mapuatuli has earned and is expected to earn, his anticipated release date is November 16, 2020.

3.   Undersigned counsel was assigned on June 29, 2020, to file Defendant's requested motion for compassionate release.

4.   The Defendant committed a non-violent offense, a federal drug offense, and did well while on bond prior to being committed to prison.  He has no prior criminal history.  While in prison, he has taken educational classes and has had no misconducts or disciplinary reports generated, per B.O.P. records.  Further, B.O.P. has classified Defendant as a "low risk recidivism level."

5.   Defendant makes his request for reduction of sentence because he has numerous health conditions which place him more at risk of catching, and greater risk of dying from, the current worldwide pandemic caused by COVID-19 ("coronavirus").  Defendant has been diagnosed by licensed medical professionals with serious medical conditions of:  Obesity (with a body mass index over 40%), Obstructive Sleep Apnea, Diabetes and Severe Hypertension.

6.   Defendant has satisfied the exhaustion of administrative remedies requirement under *United States v. Alam*, 2020  WL 2845694 (6th Cir. June 2, 2020).

2

Mr. Mapuatuli submitted an administrative request to the warden at his B.O.P. facility on April 5, 2020.

7. If this Court is not inclined to grant Defendant's requested relief, compassionate release under 18 U.S.C. § 3582(c)(1)(A), and permit him to commence his 2-year term of supervised release, then in the alternative, Mr. Mapuatuli requests that the Court recommend home confinement to the B.O.P. under the Coronavirus Aid, Relief, and Economic Security Act ("CARES Act") Pub. L. No. 116-136, 134 Stat. 281 (2020).

8. Pursuant to Local Rule 7.1, undersigned counsel sought the concurrence of the Government in Defendant's requested relief.  The Government objects.

Dated:  July 27, 2020

Respectfully submitted,

/s/ Bryan J. Sherer, P69254

Federal Defender Office
111 E. Court Street, Suite L-100
Flint, Michigan 48502
(810) 232-3600
bryan_sherer@fd.org

3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                            Cr. No. 18-20161

               v.                   Hon. Matthew F. Leitman

JOHNATHON MAPUATULI,

    Defendant.

_____/

## BRIEF IN SUPPORT OF DEFENDANT'S MOTION
## FOR COMPASSIONATE RELEASE

Mr. Mapuatuli seeks a reduction of his sentence pursuant to 18 U.S.C.

§3582(c)(1)(A)(i), which states:

> "The court may not modify a term of imprisonment once it has been imposed except…upon motion of the Director of the Bureau of Prisons, or upon motion of the defendant after the defendant has fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier, may reduce the term of imprisonment…if it finds that…extraordinary and compelling reasons warrant such a reduction…"

Mr. Mapuatuli makes his request for reduction of sentence because he has numerous

health conditions which place him more at risk of catching, and greater risk of dying

4

from, the current worldwide pandemic caused by the novel coronavirus. Mr. Mapuatuli has served approximately 15 months of his 23-month sentence in the B.O.P. However, the "[c]onditions of confinement do not afford individuals the opportunity to take proactive steps to protect themselves, and prisons often create the ideal environment for the transmission of contagious disease."[1]

The most applicable policy statement is set forth in the commentary to USSG §1B1.13, cmt. 1, "extraordinary and compelling" reasons for release exist if a person is "suffering from a serious physical or medical conditions . . . that substantial diminishes the ability of the defendant to provide self-care within the environment of a correctional facility and from which he or she is not expected to recover." Due to his imprisonment, in combination with his pre-existing health conditions, Mr. Mapuatuli's close-quarters living conditions place him at a significantly greater risk of contracting the extremely contagious virus.

Since passage of the First Step Act, courts have recognized "extraordinary and compelling reasons" in several circumstances. In particular, as the BOP faces a

---

[1] Ltr. from Sen. Richard J. Durbin et al. to Att'y Gen. William P. Barr et al., at 1(Mar. 23, 2020), available at https://www.durbin.senate.gov/imo/media/doc/Letter.%20to%20DOJ%20and%20BOP%20on%20COVID19%20and%20FSA%20provisions%20%20final%20bipartisan%20text%20with%20signature%20blocks.pdf

rapidly escalating health crisis because of COVID-19, several courts have recognized that at-risk inmates, like Mr. Mapuatuli, meet the legal standard for compassionate release. The pandemic alone is an extraordinary circumstance, and when face with an offender with pre-existing health problems rendering them vulnerable to severe complications from COVID-19, courts are exercising their authority to grant release under § 3582(c)(1)(A)(i).[2]  This is particularly true when, as here, the offender is non-violent and was bond-compliant.

---

[2] *See, e.g., United States v. Tran,* No. CR 08-00197-DOC, 2020 WL 1820520 (C.D. Cal. Apr. 10, 2020) (ordering compassionate release in light of BOP's inability to protect vulnerable inmates from COVID-19); *United States v. Smith,* No. 12 CR. 133 (JFK), 2020 WL 1849748 (S.D.N.Y. Apr. 13, 2020) (granting release; finding exhaustion waivable and waived); *United States v. Trent,* No. 16-CR-00178-CRB-1, 2020 WL 1812214 (N.D. Cal. Apr. 9, 2020) (granting compassionate release in light of COVID-19); *United States v. McCarthy*, 2020 WL 1698732 (D. Conn. Apr. 8, 2020) (granting compassionate release and waiving exhaustion requirement for defendant at serious risk from COVID-19); *United States v. Edwards,* No. 6:17-CR-00003, 2020 WL 1650406 (W.D. Va. Apr. 2, 2020) (granting compassionate release in light of COVID-19); *United States v. Resnik*, 2020 WL 1651508 (S.D.N.Y. Apr. 2, 2020) ("Releasing a prisoner who is for all practical purposes deserving of compassionate release during normal times is all but mandated in the age of COVID-19"); *United States v. Perez,* No. 17 CR. 513-3 (AT), 2020 WL 1546422, at *2–3 (S.D.N.Y. Apr. 1, 2020) (granting compassionate release where "[t]he benefits of keeping [Perez] in prison for the remainder of his sentence are minimal, and the potential consequences of doing so are extraordinarily grave"); *United States v. Rodriguez,* No. 2:03-CR-00271-AB-1, 2020 WL 1627331 (E.D. Pa. Apr. 1, 2020) (granting release after finding risk factors for COVID-19 constitute extraordinary and compelling reason and noting that prisons are "tinderboxes for infectious disease"); *United States v. Williams,* No. 3:04CR95/MCR, 2020 WL 1751545 (N.D. Fla. Apr. 1, 2020) (compassionate release in light of severe risk posed to defendant by COVID-19); *United States v. Powell,* No. 1:94-CR-00316 (ESH), 2020 WL 1698194 (D.D.C. Mar. 28, 2020) (granting unopposed motion

## I.   <u>Exhaustion requirement.</u>

Section 3582(c)(1)(A)(i) requires exhaustion of administrative remedies before a defendant may make a motion for compassionate release.  Mr. Mapuatuli reports that he submitted a request for compassionate release on April 5, 2020.  Thus, it appears the 30 days required by the statute have elapsed, and has therefore satisfied the exhaustion requirement. *United States v. Alam*, 2020  WL 2845694 (6th Cir. June 2, 2020).

## II.   <u>Extraordinary and Compelling Reasons Warrant Release</u>

This Court may order Mr. Mapuatuli released if "extraordinary and compelling" reasons exist.  Here, Mr. Mapuatuli's pre-existing health conditions, combined with the global pandemic, warrant compassionate release.  In particular, Mr. Mapuatuli's current health conditions and incarceration during this pandemic "substantially diminishes the ability of the defendant to provide self-care within the environment of a correctional facility and from which [he] is not expected to recover." USSG § 1B1.13, cmt. n. 1(A)(ii).  He also presents "Other Reasons" under USSG. § 1B1.13, cmt. n. 1(D), warranting compassionate release, *Miller*, 2020 WL

---

for compassionate release in light of COVID-19 and finding it "would be futile" to require defendant to first exhaust in light of open misdemeanor case).

1814084, at *3, because while the COVID-19 pandemic is devastating in every region it invades, prison populations are subject to heightened vulnerability.[3]

The heightened vulnerability is echoed by the Center for Disease Control and Prevention ("CDC") representation that jails and prisons pose an especially high risk for those who are within their walls.[4]  The CDC has explained that, "[t]here are many opportunities for COVID-19 to be introduced into a correctional or detention facility, including daily staff ingress and egress; transfer of incarcerated/detained persons between facilities and systems, to court appearances, and to outside medical visits; and visits from family, legal representatives, and other community members."[5]

---

[3] *See, e.g.*, Danielle Ivory, *"We Are Not a Hospital": A Prison Braces for the Coronavirus*, N.Y. Times (Mar. 17, 2020), https://www.nytimes.com/2020/03/17/us/coronavirus-prisons-jails.html (citing densely populated living conditions, shortage of masks, soap, and hand sanitizer, and the inability to routinely disinfect surfaces and maintain safe distances between inmates and guards as reasons prisoners are at increased risk of infection); Courtney Bublé, *Federal Prisons Pose 'Imminent Danger' in Spreading COVID-19, Union Says*, GOVERNMENT EXECUTIVE (Apr. 6, 2020), https://www.govexec.com/oversight/2020/04/federal-prisons-pose-imminent-danger-spreading-covid-19-union-says/164390/ (detailing a prison workers' union complaint to OSHA complaining of "imminent danger" due to the BOP's failure to follow national safety guidelines).

[4] *See, Interim Guidance on Mgmt. of Coronavirus Disease 2019 (COVID-19) in Correctional and Detention Facilities*, Ctr. For Disease Control, at 2 (Mar. 23, 2020), available at https://www.cdc.gov/coronavirus/2019-ncov/downloads/guidance-correctional-detention.pdf.

[5] CDC, *Guidance for Correctional & Detention Facilities*, https://www.cdc.gov/coronavirus/2019-ncov/community/correction-detention/guidance-correctional-detention.html (last visited June 12, 2020).

8

Nationally, B.O.P. is not handling the coronavirus pandemic with adequate care in its facilities to contain its spread.  As of July 27, 2020, 4,311 federal inmates and 401 B.O.P. staff have tested positive for COVID-19 nationwide.[6]  To date, there have been 100 federal inmate deaths and 1 B.O.P. staff member death due to the virus. *Id.*  And, these numbers are questionable because B.O.P. is self-reporting the statistics instead of independent testing throughout its facilities.

For example, after the death of a young woman who recently gave birth at FMC Carswell, a whistleblower complaint from B.O.P. staff union for Carswell came to light alleging that the B.O.P. was knowingly misleading the American public about conditions in federal prisons.[7]  Similarly, at a different B.O.P facility, staff filed an OSHA complaint alleging B.O.P. has "failed to introduce workplace controls to mitigate or prevent exposure or further exposure to the virus[.]"[8]  Thus,

---

[6] https://www.bop.gov/coronavirus/

[7] Keegan Hamilton, E*XCLUSIVE: Whistleblower Warned of Coronavirus Danger in Prison Where a Woman Just Died After Giving Birth*, Vice News, Apr. 29, 2020, https://www.vice.com/en_us/article/pke7z8/exclusive-whistleblower-warned-of-coronavirus-danger-in-prison-where-a-woman-just-died-after-giving-birth.

[8] *See,* OSHA Complaint, https://www.afge.org/globalassets/documents/generalreports/coronavirus/4/osha-7-form-national-complaint.pdf. This complaint was filed in March when there were 28 confirmed inmate cases, 24 confirmed staff cases, and one inmate death.

9

even B.O.P. staff are complaining about how poorly this crisis is being handled by B.O.P. nationwide.

### A. Conditions at Lompoc USP & FCI warrant relief.

In April, B.O.P. discovered that 70% of tested inmates were positive for COVID-19. *Id.* (citing Sadie Gurman, *More Than 70% of Inmates Tested in Federal Prisons Have Coronavirus*, The Wall Street Journal (Apr. 30, 2020).[9]  This is similar to the conditions at Mr. Mapuatuli's facility in California.  Currently, "California now has the most confirmed coronavirus infections of any state, surpassing New York[.]"[10]

FCI Lompoc, which is adjacent to Mr. Mapuatuli's facilty, houses 1,089 total inmates.[11]  Of the 1,089 inmates housed there, 829 inmates recovered from the coronavirus.[12]  Down the road, at Mr. Mapuatuli's facility, at USP Lompoc there are 1,310 total inmates.[13]  Of those, 163 inmates recovered from the coronavirus, and 10

---

[9] https://www.wsj.com/articles/more-than-70-of-inmates-tested-in-federalprisons-have-coronavirus-11588252023.

[10] https://www.latimes.com/california/story/2020-07-22/california-has-most-covid-19-infections-of-any-state-as-surge-continues

[11] https://www.bop.gov/locations/institutions/lof/

[12] https://www.bop.gov/coronavirus/

[13] https://www.bop.gov/locations/institutions/lom/

are currently testing positive.[14]  Both facilities combined, there have been 4 inmate deaths. *Id.*  Out of the 2,399 combined inmates house at Lompoc, a little under half of the population (992 inmates) tested positive for the virus and recovered. *Id.*  Given the statistics at Lompoc, this Court should find that extraordinary and compelling circumstances warrant a reduction of Mr. Mapuatuli's sentence due to his pre-existing serious health conditions.

## B. Mr. Mapuatuli's health places him at high risk of death or serious illness.

Mr. Mapuatuli's present health conditions fit the definition of an individual who is at higher risk of falling severely ill or dying from COVID-19, for three reasons:

*One: Obesity.* Mr. Mapuatuli is severely obese, putting him at high risk of death from COVID-19. At sentencing, his height was 5'7" with a weight of 430 pounds. PSR ¶ 41.  By medical standards, a BMI of 40 or higher qualifies as severely obese.[15]  Mr. Mapuatuli's BMI is greater than 40.

---

[14] https://www.bop.gov/coronavirus/

[15] See, Adult Body Mass Index (BMI), CDC, https://www.cdc.gov/obesity/adult/degining.html.

According to the Centers for Disease Control and Prevention, anyone with a BMI of 40 or higher are at higher risk for severe illness from COVID-19. CDC.gov, Coronavirus Disease 2019, https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/groups-at-higher-risk.html. Other courts have noted a person's BMI over 40 in granting compassionate release in light of the COVID-19 pandemic. *See United States v. Dawson*, No. 18-40085-HLT, 2020 WL 1812270, at *5 (D. Kan. Apr. 9, 2020) ("The court finds that Mr. Dawson has established that his obesity puts him at an increased risk for severe illness if he were to contract COVID-19, which weighs in favor of finding exceptional reasons."); *United States v. Zukerman*, No. 16 CR. 194 (AT), 2020 WL 1659880, at *5 (S.D.N.Y. Apr. 3, 2020) (noting that movant's obesity placed him "at higher risk for severe illness from COVID-19").

***Two: Sleep Apnea.*** Sleep apnea is a disorder where a person stops breathing periodically while sleeping. It can be deadly if not treated properly. Mr. Mapuatuli uses a C-PAP (Continuous Positive Airway Pressure) machine when he sleeps. Because COVID-19 is a respiratory illness, this disease raises a concern if he were to contract COVID-19. At least two judges in this district have noted a movant's sleep apnea, in combination with other ailments, in granting compassionate release in light of the COVID-19 pandemic. *United States v. Saad*, No. 16-20197, 2020 WL 2065476, at *4 (E.D. Mich. Apr. 29, 2020) (finding that sleep apnea, in combination

12

with other medical conditions, constituted extraordinary and compelling reasons for release in light of the COVID-19 pandemic); *United States v. Amarrah*, No. 17-20464, ECF No. 196, PgID 4569 (E.D. Mich. May 7, 2020) (same).

**Three: High Blood Pressure.** Mr. Mapuatuli's combination of obesity and hypertension substantially increases his risk of serious medical complications if he contracts COVID-19. *United States v. White*, No. 13-20653, ECF No. 54, PgID 812 (E.D. Mich. May 20, 2020), citing *Perez-Perez v. Adduci*, No. 20-10833, 2020 WL 2305276, at *5-6 (E.D. Mich. May 9, 2020).

Many courts, including three in this district, "have identified hypertension as an underlying medical condition that renders a prisoner higher-risk, weighing against continued detention during the COVID-19 pandemic." *United States v. Sanders*, No. 19-cr-20288, ECF No. 35, PgID 202–03 (E.D. Mich. Apr. 17, 2020) (citing *United States of America v. Patino*, No. 18-cr-20451, 2020 WL 1676766, at *2 (E.D. Mich. Apr. 6, 2020) ("Mr. Patino is at high risk due to stage 3 chronic kidney disease and hypertension, and his age (63 years old)."); *United States v. Doshi*, No. 13-cr-20349, 2020 WL 1527186, at *1 (E.D. Mich. Mar. 31, 2020) (recommending that prisoner with hypertension and diabetes be placed in home confinement); *Basank v. Decker*, No. 20 Civ. 2518 (AT), 2020 WL 1481503, at *3

(S.D.N.Y. Mar. 26, 2020) (releasing detainee with hypertension from civil immigration detention due to COVID-19 concerns).

Although Mr. Mapuatuli is relatively young, he is 30 years old, he is still at risk. In granting release to a 28-year-old inmate, another court recognized that "[y]oung persons are not immune." *United States v. Kelly*, No. 3:13-CR-59-CWR-LRA-2, 2020 WL 2104241, at *7 n.15 (S.D. Miss. May 1, 2020). The court cited sources that show more and more young people are dying of COVID-19. *Id.,* citing Ariana Eunjung Cha, *Young and middle-aged people, barely sick with covid-19, are dying of strokes*, Wash. Post (Apr. 25, 2020), https://www.washingtonpost.com/health/2020/04/24/strokes-coronavirus-young-patients/; Christine McCarthy, *Young, middle-aged people hospitalized with coronavirus at high rates*, Bos. 25 News (Apr. 28, 2020), https://www.boston25news.com/news/health/young-middle-aged-people-hospitalized-with-coronavirus-high-rates/WLAIK65QEJGW3BN2M2NGZZROYQ/; William Feuer, *WHO says 'more and more' young people are dying from the coronavirus*, CNBC News (Apr. 3, 2020), https://www.cnbc.com/2020/04/03/who-says-more-and-more-young-people-are-dying-from-the-coronavirus.html. Despite his age, Mr. Mapuatuli's underlying health conditions do not undercut the extraordinary danger he currently faces.

14

In sum, Mr. Mapuatuli's motion for compassionate release should be granted because he "is unable to provide self-care within the environment" of USP Lompoc due to him not being able to practice social distancing to minimize risk of exposure. USSG § 1B1.13, cmt. n. 1(A)(ii). Given his present circumstances, Mr. Mapuatuli's numerous physical impairments coupled with his inability to provide self-care creates a serious medical condition rising to the level of "extraordinary and compelling reasons" which necessitate his release. *United States v. White*, No. 13-20653, ECF No. 54, PgID 813 (E.D. Mich. May 20, 2020), citing *United States v. Colvin*, No. 19-179, 2020 WL 1613943, at *3-4 (D. Conn. Apr. 2, 2020).

## III. <u>CARES Act Relief.</u>

In addition to the relief available under 18 U.S.C. § 3582(c)(1)(A), the Coronavirus Aid, Relief, and Economic Security Act ("CARES Act") Pub. L. No. 116-136, 134 Stat. 281 (2020), provides for expanded home confinement under 18 U.S.C. § 3624(c). The CARES Act vests decision-making authority with respect to § 3624(c) questions within the sole discretion of the B.O.P. and Attorney General. *See, e.g., United States v. Boyd*, 2020 WL 2106023, at *1 (E.D. Tenn. 2020). Nonetheless, the judiciary can make a recommendation to the B.O.P. that home confinement be granted. *See, United States v. Doshi*, 2020 WL 1527186, at *2 (E.D. Mich. 2020).

Alternatively, if this Court is not inclined to grant Mr. Mapuatuli's request for compassionate release, then he respectfully requests that the Court make a recommendation to the B.O.P. that he be immediately granted home confinement.

## **Relief Requested**

Mr. Mapuatuli respectfully requests compassionate release due to his serious and numerous health issues, the worldwide pandemic, and his inability to social distance.[16] While he has been incarcerated, Mr. Mapuatuli has maintained a clear disciplinary history and participated in educational programs. Outside of the instant offense, he has no prior criminal history. He has completed 15 months of his 23-month sentence. He committed a non-violent offense, and therefore is not a danger to the community. He complied with all terms and conditions of his bond for the 12 months during which his case was pending, and this Court permitted him self-surrender. Should he be released, Mr. Mapuatuli plans to reside with his wife in Ontario, California. Her residence was vetted by pretrial services as part of his initial case because he resided there while on bond during the pendency of his case.

---

[16] See attached exhibit of Mr. Mapuatuli's health records from B.O.P.

Alternatively, if this Court is not inclined to grant Mr. Mapuatuli compassionate release and permit him to commence his 2-year term of supervised release, then he respectfully requests that the Court make a judicial recommendation to the B.O.P. of immediate home confinement.

Respectfully submitted,

/s/ Bryan J. Sherer, P69254

Federal Defender Office
111 E. Court Street, Suite L-100
Flint, Michigan 48502
(810) 232-3600
bryan_sherer@fd.org

Dated:  July 27, 2020

## CERTIFICATE OF SERVICE

I certify that on July 27, 2020, I filed the foregoing paper with the through the court's electronic docketing system, which will send notification to opposing counsel of record.

*/s/Bryan J. Sherer*

17

**Bureau of Prisons
Health Services
Clinical Encounter - Administrative Note**



| Inmate Name: | MAPUATULI, JOHNATHON | | | Reg #: | 75490-112 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: | M   Race: ASIAN/PAC. | Facility: | LOM |
| Note Date: | 06/23/2020 13:18 | Provider: | Morris, Renettra DDS | Unit: | A06 |

Admin Note - General Administrative Note encounter performed at Health Services.
**Administrative Notes:**

    ADMINISTRATIVE NOTE   **1**      Provider:  Morris, Renettra DDS
      COVID-19 for mass testing

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-C-COVID-19 Asymptomatic Novel Coronavirus | One Time | 06/25/2020 00:00 | Routine |

**Copay Required:** No      **Cosign Required:** No
**Telephone/Verbal Order:**  No

Completed by Morris, Renettra DDS on 06/23/2020 13:19

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| Inmate Name: | MAPUATULI, JOHNATHON | | | | Reg #: | 75490-112 |
|---|---|---|---|---|---|---|
| Date of Birth: | ~~████████~~ | Sex: | M | Race: ASIAN/PAC. | Facility: | LOM |
| Encounter Date: | 05/05/2020 12:54 | Provider: | Souferzadeh, Navid MD | | Unit: | A06 |

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**         **Provider:** Souferzadeh, Navid MD

**Chief Complaint:** HYPERTENSION

**Subjective:** 29 y/o male inmate comes to the clinic for CCC. Patient reports" I have hypertension and I want to take medication ." Patient denies Chest pain, SOB, nausea, vomiting, constipation, diarrhea, blurred vision, headaches, dizziness, denies depression, hallucinations, denies suicidal and homicidal ideation and all other symptoms.

**Pain:** No

**COMPLAINT 2**         **Provider:** Souferzadeh, Navid MD

**Chief Complaint:** PULMONARY/RESPIRATORY

**Subjective:** 55 y/o male inmate comes to the clinic for CCC. Patient reports" I have sleep apnea and I have not been using my machine ." Patient denies Chest pain, SOB, nausea, vomiting, constipation, diarrhea, blurred vision, headaches, dizziness, denies depression, hallucinations, denies suicidal and homicidal ideation and all other symptoms.

**Pain:** No

**Seen for clinic(s):** Pulmonary/Respiratory, Hypertension

**Added to clinic(s):** Hypertension

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 05/05/2020 | 12:57 LOX | 98.0 | 36.7 | | Souferzadeh, Navid MD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 05/05/2020 | 12:57 LOX | 66 | | | Souferzadeh, Navid MD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 05/05/2020 | 12:57 LOX | 16 | Souferzadeh, Navid MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 05/05/2020 | 12:57 LOX | 142/85 | Left Arm | | | Souferzadeh, Navid MD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 05/05/2020 | 12:57 LOX | 98 | | Souferzadeh, Navid MD |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 05/05/2020 | 12:57 LOX | 65.0 | 165.1 | Souferzadeh, Navid MD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|

| Inmate Name: | MAPUATULI, JOHNATHON | | | | | Reg #: | 75490-112 |
|---|---|---|---|---|---|---|---|
| Date of Birth: | | | Sex: | M | Race: ASIAN/PAC. | Facility: | LOM |
| Encounter Date: | 05/05/2020 12:54 | | Provider: | Souferzadeh, Navid MD | | Unit: | A06 |

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 05/05/2020 | 12:57 LOX | 390.0 | 176.9 | | Souferzadeh, Navid MD |

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits

**Cardiovascular**

**Observation**

Yes: Within Normal Limits

**Auscultation**

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

**ASSESSMENT:**

Essential (primary) hypertension, I10 - Current

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | amLODIPine Tablet | 05/05/2020 12:54 |

 **Prescriber Order:**   5 mg Orally  -  daily x 365 day(s)

 **Indication:** Essential (primary) hypertension

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-CBC | One Time | 09/07/2020 00:00 | Routine |
| Lab Tests - Short List-General-Lipid Profile | | | |
| Lab Tests - Short List-General-TSH | | | |
| Lab Tests - Short List-General-Hemoglobin A1C | | | |
| Lab Tests - Short List-General-T4, Free | | | |
| Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP) | | | |

**Disposition:**

Follow-up at Sick Call as Needed

Follow-up at Chronic Care Clinic as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 05/05/2020 | Counseling | Access to Care | Souferzadeh, Navid | Verbalizes Understanding |
| 05/05/2020 | Counseling | Diet | Souferzadeh, Navid | Verbalizes Understanding |
| 05/05/2020 | Counseling | Exercise | Souferzadeh, Navid | Verbalizes Understanding |

| Inmate Name: | MAPUATULI, JOHNATHON | | | Reg #: | 75490-112 |
|---|---|---|---|---|---|
| Date of Birth: | ~~redacted~~ | Sex: | M   Race:  ASIAN/PAC. | Facility: | LOM |
| Encounter Date: | 05/05/2020 12:54 | Provider: | Souferzadeh, Navid MD | Unit: | A06 |

| **Date Initiated Format** | **Handout/Topic** | **Provider** | **Outcome** |
|---|---|---|---|

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Souferzadeh, Navid MD on 05/05/2020 13:03

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | |
|---|---|---|---|
| Inmate Name: MAPUATULI, JOHNATHON | | Reg #: | 75490-112 |
| Date of Birth: | Sex: M Race: ASIAN/PAC. | Facility: | LOM |
| Encounter Date: 01/24/2020 11:22 | Provider: Balogun, Victoria NP | Unit: | A06 |

Mid Level Provider - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**     **Provider:** Balogun, Victoria NP

    **Chief Complaint:** Cold or Flu Symptoms
    **Subjective:**    Inmate c/o sore throat, nasal congestion, H/A x 3 days. Inmate has HX of Sleep Apnea and Obesity. Denies CP, SOB and no fever.
    **Pain:**    No

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 01/24/2020 | 11:26 LOX | 98.4 | 36.9 | | Balogun, Victoria NP |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 01/24/2020 | 11:26 LOX | 88 | | | Balogun, Victoria NP |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 01/24/2020 | 11:26 LOX | 14 | Balogun, Victoria NP |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 01/24/2020 | 11:26 LOX | 139/90 | | | | Balogun, Victoria NP |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 01/24/2020 | 11:26 LOX | 97 | | Balogun, Victoria NP |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 01/24/2020 | 11:26 LOX | 374.0 | 169.6 | | Balogun, Victoria NP |

**Exam:**
   **General**
     **Affect**
      Yes: Pleasant, Cooperative
     **Appearance**
      Yes: Appears Well, Alert and Oriented x 3
   **Ears**
     **Tympanic Membrane**
      Yes: Pearly, Landmarks Normal
     **External Ear**
      No: Draining, Tenderness to Palpation
   **Face**

| Inmate Name: | MAPUATULI, JOHNATHON | | | Reg #: | 75490-112 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: | M    Race:   ASIAN/PAC. | Facility: | LOM |
| Encounter Date: | 01/24/2020 11:22 | Provider: | Balogun, Victoria NP | Unit: | A06 |

**Exam:**

**Sinus/Maxilla**

Yes: Frontal Sinus Tenderness

**Mouth**

**Pharynx**

Yes: Tonsilar Hypertrophy

**Pulmonary**

**Observation/Inspection**

No: Respiratory Distress

**Auscultation**

Yes: Clear to Auscultation

**Cardiovascular**

**Observation**

Yes: Regular Rhythm

**Auscultation**

Yes: Normal S1 and S2

**ASSESSMENT:**

Acute sinusitis, J0190 - Current

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Amoxicillin Capsule | 01/24/2020 11:22 |

**Prescriber Order:**    500mg Orally  every 8 hours x 7 day(s)

**Indication:** Acute sinusitis

**OTC REPORTED**

**New OTC:**

| Medication | OTC Source | Start Date | Stop Date |
|---|---|---|---|
| Acetaminophen 325 MG Tab (OTC) 100 count | Commissary-Recommended | 01/24/2020 | |

**Order Detail:** 2 tabs q6h prn

**Disposition:**

Follow-up at Sick Call as Needed
Return Immediately if Condition Worsens
Return To Sick Call if Not Improved

**Other:**

Advice to drink plenty of fluids.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 01/24/2020 | Counseling | Compliance - Treatment | Balogun, Victoria | Verbalizes Understanding |
| 01/24/2020 | Counseling | Hand & Respiratory Hygiene | Balogun, Victoria | Verbalizes Understanding |

| Inmate Name: | MAPUATULI, JOHNATHON | | | Reg #: | 75490-112 |
|---|---|---|---|---|---|
| Date of Birth: | ████████████ | Sex: | M   Race:   ASIAN/PAC. | Facility: | LOM |
| Encounter Date: | 01/24/2020 11:22 | Provider: | Balogun, Victoria NP | Unit: | A06 |

| **Date Initiated** | **Format** | **Handout/Topic** | **Provider** | **Outcome** |
|---|---|---|---|---|
| 01/24/2020 | Counseling | Medication Side Effects | Balogun, Victoria | Verbalizes Understanding |

**Copay Required:** Yes          **Cosign Required:**  Yes

**Telephone/Verbal Order:**   No

Completed by Balogun, Victoria NP on 01/24/2020 11:30

Requested to be cosigned by  Souferzadeh, Navid MD.

Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| Inmate Name: | MAPUATULI, JOHNATHON | | | Reg #: | 75490-112 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: | M | Race: | ASIAN/PAC. |
| Encounter Date: | 01/24/2020 11:22 | Provider: | Balogun, Victoria NP | Facility: | LOM |

**Cosigned by Souferzadeh, Navid MD on 01/27/2020 06:43.**

**Bureau of Prisons**
**Health Services**
**Inmate  Report Only (formerly labeled ISDS)**

| Reg #:  75490-112 | Inmate Name:  MAPUATULI, JOHNATHON |
|---|---|

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

**TB Clearance:**  Yes

| | | | |
|---|---|---|---|
| Last PPD Date: | 05/01/2020 | Induration: | 0mm |
| Last Chest X-Ray Date: | | Results: | |
| TB Treatment: | Not Applicable | Sx free for 30 days: | Yes |
| TB Follow-up Recommended: | No | | |

Transfer To: _____      Transfer Date:  06/22/2020

**Health Problems**

| Health Problem | Status |
|---|---|
| Obesity | Current |
| Sleep apnea | Current |
| Essential (primary) hypertension | Current |
| Acute sinusitis | Current |
| Body mass index (BMI) 70 or greater, adult | Current |
|     BMI 70 | |

**Medications:  All medications to be continued until evaluated by a physician unless otherwise indicated. Bolded drugs required for transport.**

amLODIPine  5 MG TAB  Exp: 05/05/2021  SIG: Take one tablet (5 MG) by mouth each day

**OTCs:  Listing of all known OTCs this inmate is currently taking.**

Acetaminophen 325 MG Tab (OTC) 100 count

**Pending Appointments:**

| Date | Time | Activity | Provider |
|---|---|---|---|
| 10/19/2020 | 00:00 | Influenza - Immunization (Brand required) | Nurse 01 |
| 04/29/2021 | 07:30 | Chronic Care Visit | Physician 02 |
| 05/01/2021 | 00:00 | PPD Administration | Nurse |

**Non-Medecation Orders:**

No Data Found

**Active Alerts:**

No Data Found

**Consultations:**

**Pending Institutional Clinical Director Action**

No Data Found

**Pending UR Committee Action**

No Data Found

**Pending Regional Review Action**

No Data Found

**Pending Scheduling**

No Data Found

**Pending Consultation**

No Data Found

**Pending Results**

No Data Found

| Reg #:  75490-112 | Inmate Name:  MAPUATULI, JOHNATHON |
|---|---|

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

**Sickle Cell:**
  Sickle Cell Trait/Disease:    Report Only (formerly
                                                 labeled ISDS)

**Limitations/Restrictions/Diets:**
  Cell: lower bunk --- 09/29/2020
  Other Housing Status Restrictions: bottom bunk: +40% BMI --- permanent
  Cleared for Food Service: Yes
  MDS Comments: Care level 1
  bottom bunk: +40% BMI

**Comments:**


**Allergies**
  Vancomycin HCl

**Devices / Equipment**
  No Data Found

**Travel:**
  Direct Travel: No
Travel Restrictions:  None
  **UNIVERSAL PRECAUTIONS OBSERVED WHEN TRANSPORTING ANY INMATE:**

**Transfer From Institution:**  LOMPOC FCI                    Phone Number:  8057364154
          Address 1:  3600 GUARD ROAD
          Address 2:
    City/State/Zip:  LOMPOC, California 93436

Name/Title of Person Completing Form:  Wong, Alan NRP                    Date:  06/20/2020

  Inmate Name:  MAPUATULI, JOHNATHON          Reg #:  75490-112    DOB: ▓▓▓▓▓▓ Sex:    M

# Bureau of Prisons
## Health Services
### Vitals All

| Begin Date: | 01/01/2020 | | End Date: | 12/31/2020 |
|---|---|---|---|---|
| Reg #: | 75490-112 | | Inmate Name: | MAPUATULI, JOHNATHON |

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 05/05/2020 | 12:57 LOX | 98.0 | 36.7 | | Souferzadeh, Navid MD |
| | Orig Entered: 05/05/2020 16:00 EST   Souferzadeh, Navid MD | | | | |
| 03/30/2020 | 08:52 LOX | 97.5 | 36.4 | Forehead | Urrea, Barb RDA |
| | Orig Entered: 04/02/2020 11:53 EST   Urrea, Barb RDA | | | | |
| 01/24/2020 | 11:26 LOX | 98.4 | 36.9 | | Balogun, Victoria NP |
| | Orig Entered: 01/24/2020 14:27 EST   Balogun, Victoria NP | | | | |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 05/05/2020 | 12:57 LOX | 66 | | | Souferzadeh, Navid MD |
| | Orig Entered: 05/05/2020 16:00 EST   Souferzadeh, Navid MD | | | | |
| 01/24/2020 | 11:26 LOX | 88 | | | Balogun, Victoria NP |
| | Orig Entered: 01/24/2020 14:27 EST   Balogun, Victoria NP | | | | |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 05/05/2020 | 12:57 LOX | 16 | Souferzadeh, Navid MD |
| | Orig Entered: 05/05/2020 16:00 EST   Souferzadeh, Navid MD | | |
| 01/24/2020 | 11:26 LOX | 14 | Balogun, Victoria NP |
| | Orig Entered: 01/24/2020 14:27 EST   Balogun, Victoria NP | | |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 05/05/2020 | 12:57 LOX | 142/85 | Left Arm | | | Souferzadeh, Navid MD |
| | Orig Entered: 05/05/2020 16:00 EST   Souferzadeh, Navid MD | | | | | |
| 01/24/2020 | 11:26 LOX | 139/90 | | | | Balogun, Victoria NP |
| | Orig Entered: 01/24/2020 14:27 EST   Balogun, Victoria NP | | | | | |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 05/05/2020 | 12:57 LOX | 98 | | Souferzadeh, Navid MD |
| | Orig Entered: 05/05/2020 16:00 EST   Souferzadeh, Navid MD | | | |
| 01/24/2020 | 11:26 LOX | 97 | | Balogun, Victoria NP |
| | Orig Entered: 01/24/2020 14:27 EST   Balogun, Victoria NP | | | |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 05/05/2020 | 12:57 LOX | 65.0 | 165.1 | Souferzadeh, Navid MD |
| | Orig Entered: 05/05/2020 16:00 EST   Souferzadeh, Navid MD | | | |

**Weight:**

| Begin Date: | 01/01/2020 | | | End Date: | 12/31/2020 |
| Reg #: | 75490-112 | | | Inmate Name: | MAPUATULI, JOHNATHON |

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|------|------|-----|-----|---------------|----------|
| 05/05/2020 | 12:57 LOX | 390.0 | 176.9 | | Souferzadeh, Navid MD |

**Orig Entered:** 05/05/2020 16:00 EST   Souferzadeh, Navid MD

| | | | | | |
|------|------|-----|-----|---------------|----------|
| 01/24/2020 | 11:26 LOX | 374.0 | 169.6 | | Balogun, Victoria NP |

**Orig Entered:** 01/24/2020 14:27 EST   Balogun, Victoria NP

**Bureau of Prisons**
**Health Services**
**PPDs**

| Reg #: 75490-112 | | Inmate Name: MAPUATULI, JOHNATHON | | | |
|---|---|---|---|---|---|
| Admin: | Location | Provider | Reading: | Induration | Provider |
| 04/29/2020  17:41 | Left Forearm | Encizo, Noelia RN | 05/01/2020  18:00 | 0 mm | Encizo, Noelia RN |
| **Orig Entered:** | 04/29/2020 20:42 EST | Encizo, Noelia RN | **Orig Entered:**  05/01/2020 21:00 EST | | Encizo, Noelia RN |
| 04/04/2019   14:10 | Left Forearm | Hoen, Liza PA-C | 04/06/2019   08:40 | 0 mm | Hugo, Teala AHSA, NREMT-P |
| **Orig Entered:** | 04/04/2019 17:12 EST | Hoen, Liza PA-C | **Orig Entered:**  04/07/2019 11:40 EST | | Hugo, Teala AHSA, NREMT-P |

**Total: 2**

# Bureau of Prisons
## Health Services
### Allergies

| | |
|---|---|
| Reg #:  75490-112 | Inmate Name:  MAPUATULI, JOHNATHON |

| Allergy | Date Noted | Reaction |
|---|---|---|
| Vancomycin HCl | 04/04/2019 | Unknown |

Orig Entered:   04/04/2019 17:10 EST   Hoen, Liza PA-C

**Total:** 1

# Bureau of Prisons
## Health Services
### Patient Education Assessments & Topics

| Reg #: 75490-112 | Inmate Name: MAPUATULI, JOHNATHON |
|---|---|

## Assessments

| Assessment Date | Learns Best By | Format | Handout/Topic | Primary Language | Years of Education | Barriers To Education | Outcome | Provider |
|---|---|---|---|---|---|---|---|---|

**Total: 0**

## Topics

| Date Initiated | Format | Handout/Topic | Outcome | Provider |
|---|---|---|---|---|
| 05/05/2020 | Counseling | Access to Care | Verbalizes Understanding | Souferzadeh, Navid |
| | **Orig Entered:** 05/05/2020 16:03 EST | Souferzadeh, Navid | | |
| 05/05/2020 | Counseling | Diet | Verbalizes Understanding | Souferzadeh, Navid |
| | **Orig Entered:** 05/05/2020 16:03 EST | Souferzadeh, Navid | | |
| 05/05/2020 | Counseling | Exercise | Verbalizes Understanding | Souferzadeh, Navid |
| | **Orig Entered:** 05/05/2020 16:03 EST | Souferzadeh, Navid | | |
| 01/24/2020 | Counseling | Compliance - Treatment | Verbalizes Understanding | Balogun, Victoria |
| | **Orig Entered:** 01/24/2020 14:30 EST | Balogun, Victoria | | |
| 01/24/2020 | Counseling | Hand & Respiratory Hygiene | Verbalizes Understanding | Balogun, Victoria |
| | **Orig Entered:** 01/24/2020 14:30 EST | Balogun, Victoria | | |
| 01/24/2020 | Counseling | Medication Side Effects | Verbalizes Understanding | Balogun, Victoria |
| | **Orig Entered:** 01/24/2020 14:30 EST | Balogun, Victoria | | |

**Total: 6**

**Bureau of Prisons**
**Health Services**
**Health Problems**

Reg #: 75490-112          Inmate Name: MAPUATULI, JOHNATHON

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| **Current** | | | | | | |
| Obesity | | | | | | |
| 04/04/2019 17:14 EST  Hoen, Liza PA-C | | ICD-10 | E669 | 04/04/2019 | Current | |
| Sleep apnea | | | | | | |
| 04/11/2019 13:31 EST  Souferzadeh, Navid MD | | ICD-10 | G4730 | 04/11/2019 | Current | |
| Essential (primary) hypertension | | | | | | |
| 05/05/2020 16:01 EST  Souferzadeh, Navid MD | | ICD-10 | I10 | 05/05/2020 | Current | |
| Acute sinusitis | | | | | | |
| 01/24/2020 14:28 EST  Balogun, Victoria NP | | ICD-10 | J0190 | 01/24/2020 | Current | |
| Body mass index (BMI) 70 or greater, adult | | | | | | |
| 04/10/2019 13:03 EST  Mishchenko, Galyna FNP BMI 70 | | ICD-10 | Z6845 | 04/10/2019 | Current | |
| **Resolved** | | | | | | |
| Type 2 diabetes mellitus | | | | | | |
| 04/11/2019 13:28 EST  Souferzadeh, Navid MD | | ICD-10 | E119 | 04/04/2019 | Resolved | 04/11/2019 |
| 04/04/2019 17:14 EST  Hoen, Liza PA-C | | ICD-10 | E119 | 04/04/2019 | Current | |
| Quarantine - asymptomatic person in quarantine | | | | | | |
| 05/20/2020 09:50 EST  Ratliff, J. OMDT, APRN | | ICD-10 | Z0489-q | 03/31/2020 | Resolved | 05/20/2020 |
| 03/31/2020 20:53 EST  Dixon, Thomas RN/IDC/IOP | | ICD-10 | Z0489-q | 03/31/2020 | Current | |
| **Current** | | | | | | |
| Essentiel (primary) hypertension | | | | | | |
| 04/10/2019 13:03 EST  Mishchenko, Galyna FNP --denied | | ICD-10 | I10 | 04/04/2019 | Current | |
| 04/04/2019 17:14 EST  Hoen, Liza PA-C | | ICD-10 | I10 | 04/04/2019 | Current | |

**Total: 8**

**Bureau of Prisons**
**Health Services**
**Vision Screens**

| Reg #:  75490-112 | Inmate Name:  MAPUATULI, JOHNATHON |
|---|---|

**Vision Screen on** 04/10/2019 10:00

**Blindness:**

| **Distance Vision:** OD: 20/20 | OS: 20/20 | OU: 20/20 |
|---|---|---|
| **Near Vision:**     OD: | OS: | OU: |

**With Corrective**

| **Distance Vision:** OD: | OS: | OU: |
|---|---|---|
| **Near Vision:**     OD: | OS: | OU: |

**Present Glasses - Distance**                    **Refraction - Distance**

| | Sphere | Cylinder | Axis | Add | | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|---|---|---|---|---|
| **R:** | | | | | **R:** | | | | |
| **L:** | | | | | **L:** | | | | |

**Color Test:**

**Tonometry:**  R:              L:

**Comments:**

**Orig Entered:**   04/10/2019 13:02 EST   Mishchenko, Galyna FNP

# Bureau of Prisons
# Health Services
# Medication Summary
# Historical

| | | | | | |
|---|---|---|---|---|---|
| Complex: | LOX--LOMPOC FCC | Begin Date: | 01/01/2020 | End Date: | 12/31/2020 |
| Inmate: | MAPUATULI, JOHNATHON | Reg #: | 75490-112 | Quarter: | A06-013L |

**Medications listed reflect prescribed medications from the begin date to end date on this report.**

Allergies:

| Allergy | Reaction | Date Noted |
|---|---|---|
| Vancomycin HCl | Unknown | 04/04/2019 |

## Active Prescriptions

amLODIPine  5 MG TAB
Take one tablet (5 MG) by mouth each day

| **Rx#:** 323229-LOX | **Doctor:** Souferzadeh, Navid MD | |
|---|---|---|
| **Start:** 05/05/20 | **Exp:** 05/05/21 | **Pharmacy Dispensings:** 90 TAB in 58 days |

Amoxicillin 500 MG Cap
Take one capsule (500 MG) by mouth every eight hours for 7 days

| **Rx#:** 315205-LOX | **Doctor:** Souferzadeh, Navid MD | |
|---|---|---|
| **Start:** 01/27/20 | **Exp:** 02/03/20 | **Pharmacy Dispensings:** 0 CAP in 157 days |

## Active OTC

| Medication | OTC Source | Start Date | Stop Date |
|---|---|---|---|
| Acetaminophen 325 MG Tab (OTC) 100 count | Commissary-Recommended | 01/24/2020 | |

    **Order Details:** 2 tabs q6h prn

BP-S148.055 INMATE REQUEST TO STAFF  CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                          FEDERAL BUREAU OF PRISONS

TO:(Name and Title of Staff Member)          DATE:
*Medical Services - Records*                 *5/15/2020*

FROM:                                        REGISTER NO.:
*Johnathon Magnatali*                        *75490-112*

WORK ASSIGNMENT:                             UNIT:
*Alpha Dorm Orderly*                         *Alpha Dorm   A-010-013*

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

*I would like to request a copy of my BOP medical*
*records. Your timely response is greatly appreciated.*

*Thank you,*
*Johnathon Magnatali*                        COPY

~~You have received a copy of your medical records, per~~
your request, from FCC Lompoc on *6/11/2020*.        *Pages: 70*
~~Your signature below indicates receipt and acceptance~~
DISPOSITION: of responsibility in maintaining the confidentiality of
your records. *EXCLUDING HIV RESULTS.*

*Johnathon Magnatali 75490 112*           *A. Wheeler*
   **Inmate Name      Reg. Number**        **Staff Witness**

                                          A. Wheeler
                                          Health Information Tech
                                          FCC Lompoc

Signature Staff Member                    Date
                                          *6/11/2020*

Record Copy - File; Copy - Inmate          This form replaces BP-148.070 dated Oct 86
This form may be replicated via WP         and BP-S148.070 APR 94