# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                             Cr. No. 18-20161

             v.                               Hon. Matthew F. Leitman

JOHNATHON MAPUATULI,

    Defendant.

_____/

## SUPPLEMENT TO DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE

Defendant, Johnathon Mapuatuli, through counsel, Bryan J. Sherer, supplements his Motion for Compassionate Release with the exhibits attached hereto.

                                                         s/ Bryan J. Sherer, P69254
                                                         Federal Community Defender
                                                         Eastern District of Michigan
                                                         111 E. Court Street, Suite L-100
                                                         Flint, Michigan 48502
                                                         (810) 232-3600

Dated: July 29, 2020                             bryan_sherer@fd.org

## CERTIFICATE OF SERVICE

I certify that on July 29, 2020, I filed the foregoing document and its attachments via the ECF system, which will send notification to opposing counsel of record.

                                                         /s/Bryan J. Sherer

```
  CSTAK  531.01 *           INMATE HISTORY           *     07-01-2020
PAGE 001 OF 001 *             FIRST STEP             *     20:48:48

   REG NO..: 75490-112 NAME....: MAPUATULI, JOHNATHON
   CATEGORY: FSA         FUNCTION: PRT        FORMAT:

FCL   ASSIGNMENT DESCRIPTION                START DATE/TIME STOP  DATE/TIME
LOM   FTC INELIG FTC-INELIGIBLE-REVIEWED    11-15-2019 1332 CURRENT
LOM   R-LW       LOW RISK RECIDIVISM LEVEL  05-12-2020 1356 CURRENT
LOM   R-LW       LOW RISK RECIDIVISM LEVEL  11-15-2019 1333 05-12-2020 1356
LOM   UNASSG RSK UNASSIGNED RISK LEVEL      10-07-2019 0913 11-15-2019 1333
LOM   UNREVW HIS UNREVIEWED OFFENSES        10-07-2019 0913 11-15-2019 1332
```



fsa

```
G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

```
   CSTAK            *         INMATE EDUCATION DATA           *      07-01-2020
PAGE 001 OF 001 *                  TRANSCRIPT                 *        20:48:15

REGISTER NO: 75490-112    NAME..: MAPUATULI              FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: LOM-LOMPOC USP

-------------------------------  EDUCATION INFORMATION  ------------------------------
FACL ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP DATE/TIME
LOM  ESL HAS    ENGLISH PROFICIENT           04-22-2019 1230 CURRENT
LOM  GED HAS    COMPLETED GED OR HS DIPLOMA  04-22-2019 1230 CURRENT

-------------------------------  EDUCATION COURSES  ---------------------------------
SUB-FACL    DESCRIPTION               START DATE   STOP DATE  EVNT AC LV  HRS
LOM  SCP    RN ROP DAY 3              06-26-2019  03-10-2020   P   C  P    6
LOM  SCP    RN ROP DAY 2              06-26-2019  02-23-2020   P   C  P    6
LOM  SCP    RN ROP DAY 1              06-26-2019  01-22-2020   P   C  P    6
```



edu

```
G0000          TRANSACTION SUCCESSFULLY COMPLETED
```

```
 CSTAK            *         INMATE DISCIPLINE DATA          *      07-01-2020
PAGE 001 OF 001  *       CHRONOLOGICAL DISCIPLINARY RECORD  *        20:47:25

REGISTER NO: 75490-112 NAME..: MAPUATULI, JOHNATHON
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-01-2020
```



```
G5401        DISCIPLINE DATA DOES NOT EXIST FOR THIS INMATE
```

```
   CSTAK           *           PUBLIC INFORMATION           *       07-01-2020
PAGE 001           *              INMATE DATA               *       20:49:24
                                AS OF 07-01-2020

REGNO..: 75490-112 NAME: MAPUATULI, JOHNATHON

                   RESP OF: LOM
                   PHONE..: 805-735-2771    FAX: 805-736-1292
                                            RACE/SEX...: ASIAN/PAC.ISL. / MALE
                                            AGE:  29
PROJ REL MT: GOOD CONDUCT TIME RELEASE      PAR ELIG DT: N/A
PROJ REL DT: 11-16-2020                     PAR HEAR DT:
```



Publicinfo

```
G0002        MORE PAGES TO FOLLOW . . .
```

```
   CSTAK              *          PUBLIC INFORMATION          *      07-01-2020
PAGE 002              *              INMATE DATA             *       20:49:24
                                  AS OF 07-01-2020

REGNO..: 75490-112 NAME: MAPUATULI, JOHNATHON

                     RESP OF: LOM
                     PHONE..: 805-735-2771    FAX: 805-736-1292
HOME DETENTION ELIGIBILITY DATE: 09-08-2020

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  11-16-2020 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION...........: MICHIGAN, EASTERN DISTRICT
DOCKET NUMBER...................: 0645 4:18CR20161(1)
JUDGE...........................: LEITMAN
DATE SENTENCED/PROBATION IMPOSED: 02-11-2019
DATE COMMITTED..................: 04-04-2019
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS   MISDMNR ASSESS   FINES          COSTS
NON-COMMITTED.:  $100.00         $00.00           $00.00         $00.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO        AMOUNT:  $00.00

-----------------------CURRENT OBLIGATION NO: 010 -----------------------------
OFFENSE CODE....:  381      21:841 SCH II NARCOTIC
OFF/CHG: 21:841(A)(1),21:841(B)(1)(A)(II); DISTRIBUTION OF COCAINE CT 1

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:     23 MONTHS
 TERM OF SUPERVISION............:      2 YEARS
 DATE OF OFFENSE................: 12-05-2015




G0002           MORE PAGES TO FOLLOW . . .
```

```
   CSTAK              *        PUBLIC INFORMATION        *     07-01-2020
PAGE 003 OF 003 *              INMATE DATA               *       20:49:24
                             AS OF 07-01-2020


REGNO..: 75490-112 NAME: MAPUATULI, JOHNATHON

                       RESP OF: LOM
                       PHONE..: 805-735-2771    FAX: 805-736-1292
--------------------------CURRENT COMPUTATION NO: 010 --------------------------

COMPUTATION 010 WAS LAST UPDATED ON 07-18-2019 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 05-22-2019 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 04-04-2019
TOTAL TERM IN EFFECT............:    23 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     1 YEARS     11 MONTHS
EARLIEST DATE OF OFFENSE........: 12-05-2015

JAIL CREDIT.....................:    FROM DATE    THRU DATE
                                     10-10-2017   10-12-2017
                                     04-04-2018   04-04-2018

TOTAL PRIOR CREDIT TIME.........: 4
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 103
TOTAL GCT EARNED................: 54
STATUTORY RELEASE DATE PROJECTED: 11-16-2020
TWO THIRDS DATE.................: 07-09-2020
EXPIRATION FULL TERM DATE.......: 02-27-2021
TIME SERVED.....................:     1 YEARS      3 MONTHS      2 DAYS
PERCENTAGE OF FULL TERM SERVED..: 65.5
PERCENT OF STATUTORY TERM SERVED: 76.8

PROJECTED SATISFACTION DATE.....: 11-16-2020
PROJECTED SATISFACTION METHOD...: GCT REL




S0055      NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```