UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-20161 |
| Plaintiff, | |
| | HON. MATTHEW F. LEITMAN |
| v. | United States District Judge |
| JOHNATHON MAPUATULI,<br>    a.k.a. JOHNATHON M. MAPUATULI,<br>    a.k.a. JOHNATHON ELISHA<br>        MICHAEL V. MAPUATULI, | |

_____

**GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION FOR COMPASSIONATE RELEASE**
_____

On July 27, 2020, the defendant, Johnathon Mapuatuli, filed a motion for compassionate release. (R. 34). The government concurs in the requested relief.

To protect public health, however, the reduction in sentence ordered pursuant to the defendant's motion should be to time served plus fourteen days, to permit a pre-release quarantine in BOP custody.

1

                                          Respectfully submitted,
                                          MATTHEW SCHNEIDER
                                          United States Attorney

                                          s/ANTHONY P. VANCE
Dated: August 3, 2020                Assistant United States Attorney
                                          Chief – Branch Offices
                                          600 Church Street, Suite 210
                                          Flint, MI 48502
                                          Phone: (810) 766-5177
                                          anthony.vance@usdoj.gov
                                          P61148

## *CERTIFICATION OF SERVICE*

I hereby certify that on, August 3, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will electronically serve all ECF participants.

s/Jessica Stanton
United States Attorney's Office
