UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

      Case No. 18-cr-20161
      Hon. Matthew F. Leitman

JOHNATHON MAPUATULI,

      Defendant.
_____/

## ORDER GRANTING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE (ECF No. 34)

On October 3, 2018, Defendant Johnathon Mapuatuli pleaded guilty to distribution of cocaine in violation of 18 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(ii). (*See* Rule 11 Plea Agreement, ECF No. 21.) On February 11, 2019, he was sentenced to 23 months imprisonment. (*See* Judgment, ECF No. 27, PageID.113–114.) He was also sentenced to 2 years of supervised release following his release from imprisonment. (*See id.*, PageID.115.) Mapuatuli is currently incarcerated at USP Lompoc. (*See* Mot. for Compassionate Release, ECF No. 34, PageID.143.)

On July 27, 2020, Mapuatuli moved for compassionate release under 18 U.S.C. § 3582(c)(1)(A). (*See* Mot. for Compassionate Release, ECF No. 34.) The Government concurs in Mapuatuli's requested relief. (*See* Resp., ECF No. 36, PageID.177.)

Accordingly, for the reasons stated in Mapuatuli's motion, the Court concludes that compassionate release is appropriate. **IT IS HEREBY ORDERED** that Mapuatuli's Motion for Compassionate Release (ECF No. 34) is **GRANTED**. The custodial portion of Mapuatuli's sentence shall be reduced to time served plus fourteen days for him to quarantine in BOP custody. Mapuatuli's two years of supervised release shall commence upon his release from custody.

    **IT IS SO ORDERED**.

                                        s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
                                        UNITED STATES DISTRICT JUDGE

Dated: August 3, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 3, 2020, by electronic means and/or ordinary mail.

                                        s/Holly A. Monda
                                        Case Manager
                                        (810) 341-9761